ALAN A. DRESSLER, ESQ. (SBN #56916)
1390 N. McDowell Blvd., Ste. G # 312,
Petaluma, CA 94954-7104
Tel.:      (415) 421-7980
Fax:      (415) 421-7021
E-mail :   alandressler@aol.com

Attorney for Defendant
Robert Jesus Blancas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-mj-71703 |
| Plaintiff, | NOTICE REGARDING PROTECTIVE ORDER |
| v. | |
| ROBERT JESUS BLANCAS,<br>    a/k/a "Orgotloth",<br>    a/k/a "MuskOx", | |
| Defendant. | |

The undersigned counsel files this Notice to acknowledge the stipulated Protective Order (Dkt. 10) entered in the above-captioned case, and confirm my agreement to be bound by it.

DATED: January 15, 2021                     Respectfully submitted,


                                            _____/S/_____
                                            ALAN A. DRESSLER
                                            Attorney for Defendant, Robert Jesus BLANCAS

NOTICE RE: PROTECTIVE ORDER
No. 3:20-mj-71703