```
FILED
Mar 11 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,            ) CASE NO. 3:21-cr-00105 VC
                                         )
12          Plaintiff,                   ) VIOLATION:
                                         ) 18 U.S.C. § 2422(b) – Enticement of a Minor to
13      v.                               ) Engage in Sexual Activity;
                                         ) 18 U.S.C. § 2428 – Forfeiture Allegation
14  ROBERT JESUS BLANCAS,                )
            a/k/a "Orgotloth,"           ) SAN FRANCISCO VENUE
15          a/k/a "MuskOx,"              )
                                         )
16          Defendant.                   )
                                         )
17
18                                  I N F O R M A T I O N
19  The United States Attorney charges:
20  COUNT ONE:         (18 U.S.C. § 2422(b) – Enticement of a Minor to Engage in Sexual Activity)
21          From in or about May 2020, through in or about August 2020, in the Northern District of
22  California and elsewhere, the defendant,
23                              ROBERT JESUS BLANCAS,
24  did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice,
25  and coerce, and attempt to persuade, induce, entice, and coerce, an individual who had not attained the
26  age of 18 years, known here as Minor 1, to engage in any sexual activity for which any person can be
27  charged with a criminal offense, to wit, the production of child pornography in violation of 18 U.S.C.
28  § 2251(a), all in violation of Title 18, United States Code, Section 2422(b).

INFORMATION                                         1

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 2428)

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of the offense set forth in this Information, the defendant,

ROBERT JESUS BLANCAS,

shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to:

a. all electronic devices seized from the defendant on or about August 6, 2020, including but not limited to (1) Apple iPhone, model A1332, (2) HTC phone, model OPM9110, (3) Apple iPhone, model A1533, (4) Apple iPhone, in a black case, and (5) Iomega external hard drive, model LDHD-UP; and

b. all electronic devices seized from the defendant on or about December 1, 2020, including but not limited to (1) Playstation 4, model C4H-2115B, (2) Amazon Kindle Fire, model SR043KL, and (3) Seagate FreeAgent Desk Hard Drive.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//

All pursuant to Title 18, United States Code, Section 2428, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:  March 11, 2021

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
ERIC CHENG
FRANK RIEBLI
Assistant United States Attorneys