STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ROBERT JESUS BLANCAS, </br></br> Defendant. | CASE NO. 21-CR-105 VC </br></br> [Filed March 11, 2021] </br></br> JOINT MOTION TO RELATE CASES AND SEVER |
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> (2) ROBERT JESUS BLANCAS, </br></br> Defendant. | CASE NO. 21-CR-121 JD-2 </br></br> [Filed March 23, 2021] </br></br> JOINT MOTION TO RELATE CASES AND SEVER |

      The United States and Robert BLANCAS hereby (i) jointly move the Court pursuant to Local Criminal Rule 8-1 to relate the two cases in which BLANCAS is charged, 21-CR-105 VC and 21-CR-121 JD-2, for purposes of entering a guilty plea and sentencing; and (ii) jointly move the Court, pursuant

JOINT MOTION TO RELATE CASES AND SEVER
U.S. v. ROBERT JESUS BLANCAS

to Federal Rule of Criminal Procedure 14, to sever BLANCAS from the other defendants in 21-CR-121 JD.

In Case No. 21-CR-105 VC, BLANCAS is charged with enticement of a minor to engage in sexual activity (production of child pornography), in violation of 18 U.S.C. § 2422(b).  In Case No. 21-CR-121 JD, BLANCAS and three others are charged with conspiracy to obstruct justice by destroying records, in violation of 18 U.S.C. § 1512(k), and additional counts of destroying records in official proceedings and obstructing official proceedings, in violation of 18 U.S.C. §§ 1512(c)(1) and (c)(2).

The government previously filed a Notice of Related Case in a Criminal Action on April 9, 2021. The Court declined to relate the cases at that point, but then indicated it would reconsider the issue later if certain events arose in the litigation of both cases, including a global resolution as to BLANCAS.

The government and BLANCAS have reached a proposed resolution in both cases.  The resolution contemplates a single plea agreement addressing both matters.  Accordingly, in view of the parties' apparent resolution and to avoid prejudice to the defendant that might otherwise arise from conviction and sentencing proceedings in two separate matters, the parties seek to have the change of plea and sentencing hearings for BLANCAS handled by one Court.  This will also be more efficient for the Court, as it will avoid duplicate investigations of BLANCAS's background for purposes of the Pre-Sentence Investigation Report.  Accordingly, the government and BLANCAS jointly request that the Court relate Case No. 21-CR-121 JD (as to BLANCAS) to Case No. 21-CR-105 VC, and sever BLANCAS from the remaining defendants in Case No. 21-CR-121 JD.  As stated in the initial notice, relation is appropriate because both cases involve the same defendant and some of the same events and occurrences.  Assignment of both cases to a single judge will conserve judicial resources and promote the efficient resolution of both matters.

DATED: July 16, 2021

/s/
ERIC CHENG
FRANK RIEBLI
Assistant United States Attorney

DATED: July 16, 2021

/s/ with permission
ALAN DRESSLER
Counsel for Defendant Robert Jesus BLANCAS

JOINT MOTION TO RELATE CASES AND SEVER
U.S. v. ROBERT JESUS BLANCAS

1  **[PROPOSED] RELATED CASE ORDER**

2  A joint motion to relate cases and sever has been filed in the following cases:

3  21-CR-105 VC              U.S. v. Robert Jesus BLANCAS

4  21-CR-121 JD-2            U.S. v. Robert Jesus BLANCAS

5  On the basis of the material submitted to the Court, as the Judge assigned to the earliest-filed case, I find that the cases ARE RELATED, as defined by Crim. L.R. 8-1(b), as to defendant Robert BLANCAS. Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action, as to BLANCAS, Case No. 21-CR-121 JD-2, to the undersigned. Counsel are instructed that all future filings are to bear the initials VC immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**IT IS SO ORDERED.**

DATED: _____

HON. VINCE CHHABRIA
United States District Judge

**[PROPOSED] SEVERANCE ORDER**

For the reasons set forth in the joint motion, the Court finds that severance is appropriate as to defendant Robert BLANCAS in Case No. 21-CR-121 JD for the purposes of entering a guilty plea and sentencing with Case No. 21-CR-105 VC, and will avoid prejudice to the defendant that might otherwise arise from conviction and sentencing in two separate matters. Accordingly, the Court hereby ORDERS that BLANCAS is severed from the remaining defendants in Case No. 21-CR-121 JD.

**IT IS SO ORDERED.**

DATED: _____

HON. JAMES DONATO
United States District Judge

JOINT MOTION TO RELATE CASES AND SEVER
U.S. v. ROBERT JESUS BLANCAS