UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 23, 2021    **Time in Court:** 27 minutes    **Judge:** VINCE CHHABRIA

**Case No.:** 21-cr-00105-VC-1, 21-cr-00121-VC-2    **Case Name:** UNITED STATES v. Blancas

**Attorney for United States of America:** Eric Cheng & Frank Riebli
**Attorney for Defendant:** Alan Dressler
**Defendant:** [X] PRESENT via Zoom  [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody  [] Not In Custody

**Deputy Clerk:** Bhavna Sharma    **Court Reporter:** Debra Pas
**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS

1. Change of Plea Hearing - held

## RESULT OF HEARING

Defendant consents to proceeding held via Zoom. Defendant sworn and under oath. Defendant advised of max penalties and rights and advisements and waives said rights. Defendant pleads guilty to Count 1 of the Information as to case number 21-105-VC and Counts 1, 2, and 4 of the Indictment as to 21-121-VC-2. Court accepts the plea of guilty. Defense counsel to obtain wet signature from Defendant and resubmit plea agreement. Matter referred to Probation for a Presentence Report.

**CASE CONTINUED TO: December 6, 2021, at 1:00 P.M., for Sentencing.**