UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT JESUS BLANCAS,<br>Defendant. | Case No. 21-cr-00105-VC-1 &<br>21-cr-00121-VC-2<br><br>**ORDER REGARDING SIGNED PLEA AGREEMENT** |

At the change of plea hearing on August 23, 2021, the court accepted a plea agreement on case 21-cr-00105-VC-1 and 21-cr-00121-VC-2. On approval of defendant the court has signed the plea agreement on defendant's behalf. Defense counsel must obtain defendants signature on the plea agreement and submit it to the court with 14 days of this order.

**IT IS SO ORDERED.**

Dated: August 25, 2021

_____
VINCE CHHABRIA
United States District Judge