UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT JESUS BLANCAS,<br><br>　　　　Defendant. | Case No.  CR 21-105 VC<br><br>**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |

　　　　Having considered the application for a preliminary order of forfeiture filed by the United States, and the guilty plea entered on August 23, 2021 wherein the defendant Robert Jesus Blancas agreed to forfeiture, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 2428:

- All electronic devices seized from the defendant on or about August 6, 2020, including but not limited to:

　　(1)　Apple iPhone, model A1332;

　　(2)　HTC phone, model OPM9110;

　　(3)　Apple iPhone, model A1533;

　　(4)　Apple iPhone, in a black case;

   (5) Iomega external hard drive, model LDHD-UP; and

- All electronic devices seized from the defendant on or about December 1, 2020, including but not limited to:

   (1) Playstation 4, model C4H-2115B;

   (2) Amazon Kindle Fire, model SR043KL;

   (3) Seagate FreeAgent Desk Hard Drive; and

- All ammunition seized from the defendant on or about August 6, 2020, including but not limited to:

   (1) ten (10) rounds ammunition, .222 Remington;

   (2) twenty-six (26) rounds ammunition, 5.56mm caliber;

   (3) three (3) PMAG 30 round AR/M4 rifle magazines, 5.56x45mm caliber;

   (4) one (1) rifle magazine, 5.56mm caliber; and

   (5) one (1) AR-15 style rifle accessory (clamp).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e);

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of

sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this _____ day of November 2021.

_____
HON. VINCE CHHABRIA
United States District Judge