STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Phone: (415) 436-7200
    Fax: (415) 436-7234
    Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-105 VC |
| Plaintiff, | |
| v. | **DECLARATION OF PUBLICATION** |
| ROBERT JESUS BLANCAS, | |
| Defendant. | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 18, 2021 and ending on November 16, 2021. *See* Attachment 1.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on December 7, 2021, at San Francisco, California.

                                                        /s/
                                      KRYSTEL GARCIA
                                      FSA Paralegal
                                      Asset Forfeiture Unit