Alan A. Dressler, Esq. (SBN 56916)
1390 N. McDowell Blvd., Ste. G # 312
Petaluma, CA 94954-7104

Tel. (415) 421-7980
Fax (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant
Robert Jesus Blancas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR Nos. 21-00105-1; 21-00121-2 VC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING |
| ROBERT JESUS BLANCAS, | |
| Defendant. | |

STIPULATION

The United States of America and defendant Robert Blancas, by and through their respective counsel, with the agreement of United States Probation, hereby stipulate that:

1. Defendant Blancas entered guilty pleas in the above-entitled cases on August 23, 2021.

2. Both cases are presently set for sentencing on July 11, 2022 at 1:00 p.m.

3. Counsel for the defendant has recently contracted COVID-19 and has been unable to complete work on the defense sentencing memorandum or complete other work at this time for sentencing.

4. Counsel therefore asks for a continuance of the sentencing hearing until August 22, 2022, to recover from the COVID-19 virus and timely file the sentencing memorandum. Counsel also has a pre-planned family vacation in early August, and so requests a date of August 22, 2022.

5. Both AUSA Cheng and Probation Officer Goldsberry are available on August 22, 2022, and have no objection to this request.

6. Based on the foregoing, the parties, with the agreement of U.S. Probation, stipulate that the July 11, 2022 sentencing hearing be vacated and re-set for August 22. 2022 at 1:00 p.m.

Dated:                         Respectfully submitted,

/s/
Alan A. Dressler
Attorney for Defendant
Robert Blancas

/s/

Eric Cheng
Assistant U. S. Attorney

## [PROPOSED] ORDER

FOR GOOD CAUSE, and pursuant to the stipulation of the government and defendant Robert Jesus Blancas, with the agreement of U.S. Probation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for July 11, 2022 is vacated, and re-set for August 22, 2022 at 1:00 p.m.

IT IS SO ORDERED.

Dated: July 5, 2022

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

Stipulation and Order
21-105-1&21-121 VC                                3