UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT JESUS BLANCAS,<br><br>　　　　Defendant. | Case No. 21-cr-00105-VC-1<br><br>**ORDER DENYING MOTION TO SEAL** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT JESUS BLANCAS,<br><br>　　　　Defendant. | Case No. 21-cr-00121-VC-2 |

　　　　The motion to seal is denied because it is overbroad. A sentencing hearing is a matter of public interest, and the parties may only conceal information from the public if disclosure would truly harm someone's privacy interests. And even then, disclosure may be required if the information is central to the issue being adjudicated. If the defense wishes for the Court to consider these documents, it must file a renewed motion to seal by Monday at 10:00 a.m. that proposes to redact only the information whose disclosure would truly harm the privacy interests of the defendant or others implicated by the documents.

　　　　**IT IS SO ORDERED.**

Dated: August 19, 2022

_____
VINCE CHHABRIA
United States District Judge